IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAWN M. WHITE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cv-667-RAH |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On October 4, 2022, the Magistrate Judge recommended that this case be dismissed as (1) Patrick J. White cannot proceed *pro se* to assert a claim on behalf of Dawn M. White, and (2) Mrs. White's claims are time barred under Ala. Code § 6-5-482. (Doc. 30.) On October 13, 2022, the Plaintiffs filed Objections (Doc. 31) to the Recommendation of the Magistrate Judge (Doc. 30). The Court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). Upon this Court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 31) are OVERRULED.

2.  The Recommendation (Doc. 30) is ADOPTED.

3.  The Government's Motion to Dismiss (Doc. 25) is GRANTED as to all claims

    asserted by the Plaintiffs.

4.  The case is DISMISSED with prejudice.

    DONE, this 20th day of October, 2022.

                                    /s/ R. Austin Huffaker, Jr.
                                    R. AUSTIN HUFFAKER, JR.
                                    UNITED STATES DISTRICT JUDGE